

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-14-00907-CV

Trial Court Cause
Number:    2014-29616

Style:    Crum & Forster Specialty Insurance Company

**v.** Creekstone Builders, Inc., Nashville Creekstone, LLC; Stephen Keller, Everett Jackson, and Creekstone SC I, LLC

Date motion filed*:    December 10, 2015

Type of motion:    Motion for Extension of Time

Party filing motion:    Appellees

Document to be filed:    Response to Appellant's Motion for Rehearing and En Banc Reconsideration

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:    December 16, 2015

    Number of previous extensions granted:    0

    Date Requested:    30 days

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: **January 14, 2016**

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

Date: December 15, 2015